# EXHIBIT "A"



# EXHIBIT "B"

Sponsored Create Ad

 

**Meet Your Girlfriend**
apps.facebook.com
Meet and chat with single women near you on the
FirstMet© Facebook app. Click Here!



**Click Here to Browse Singles Near You!**
ourtime.com
Find the Woman for You - The Best Place to Meet
Like-Minded Singles Near You!

# EXHIBIT "C"



# EXHIBIT "D"



# EXHIBIT "E"



# EXHIBIT "F"

