**United States District Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| KAREN HEPP,<br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., *et al.,*<br>    Defendant | :<br>:<br>:      19-cv-4034-JMY<br>:<br>:<br>:<br>: |

**ORDER**

AND NOW, this 8th day of April 2020, upon consideration of the Stipulation Regarding Stay of Discovery Until the Court Decides Motions to Dismiss Amended Complaint that was forwarded to Chambers and dated March 27, 2020, it is hereby ORDERED and DECREED that said stipulation to stay discovery shall be DENIED.

By the Court:

  /s/ John Milton Younge
Judge John M. Younge