IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KAREN HEPP** | : | |
| | : | Case No. 2:19-cv-04034 |
| | : | |
| Plaintiff, | : | Hon. John Milton Younge |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| **FACEBOOK, INC., IMGUR, INC.,** | : | |
| **REDDIT, INC., GIPHY, INC.,** | : | |
| **WGCZ S.R.O. and DOES 1-10** | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Plaintiff Karen Hepp, by and through her undersigned attorney, hereby gives notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) that the above-captioned action is voluntarily dismissed in its entirety, with prejudice, as against defendant Giphy, Inc. only.

Dated: May 13, 2020

By: */s/ Samuel B. Fineman*
Samuel B. Fineman
COHEN FINEMAN, LLC
1999 Marlton Pike E.
Suite 4
Cherry Hill, NJ 08003
Tel: (856) 304-0699
sfineman@cohenfineman.com

*Attorney for Plaintiff*