# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KAREN HEPP**, | : |
| *Plaintiff* | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 19-4034-JMY |
| **FACEBOOK, INC., ET AL.**, | : |
| *Defendants* | : |

## ORDER

**AND NOW**, this  5th  day of June, 2020, upon consideration of the Motions to Dismiss Plaintiff's Amended Complaint filed by Defendants Imgur, Inc.; Reddit, Inc.; and Facebook, Inc., (*see* ECF Nos. 53, 54, 56), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that:

(1) Imgur, Inc.'s Motion to Dismiss (ECF No. 53) is **GRANTED**, and Imgur, Inc. is **DISMISSED WITH PREJUDICE** from this action;

(2) Reddit, Inc.'s Motion to Dismiss (ECF No. 54) is **GRANTED**, and Reddit, Inc. is **DISMISSED WITH PREJUDICE** from this action; and

(3) Facebook, Inc.'s Motion to Dismiss (ECF No. 56) is **GRANTED**, and Facebook, Inc. is **DISMISSED WITH PREJUDICE** from this action.

**IT IS FURTHER ORDERED** that the Motion to Dismiss the Amended Complaint filed by former Defendant Giphy, Inc. (ECF No. 55) is **DISMISSED AS MOOT**.[1]

---

[1] On May 13, 2020, Plaintiff voluntarily dismissed Giphy from this lawsuit with prejudice. (ECF No. 74.)

Case 2:19-cv-04034-JMY   Document 82   Filed 06/05/20   Page 2 of 2

2

**IT IS SO ORDERED.**

                                            **BY THE COURT:**

                                       **/s/ John Milton Younge**
                                       **Judge John Milton Younge**