## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KAREN HEPP** : | |
| : | |
| Plaintiff, : | |
| : | **JURY TRIAL DEMANDED** |
| v. : | |
| : | |
| : | Civil Action No. 19-cv-4034-JMY |
| **FACEBOOK, INC., IMGUR, INC.,** : | |
| **REDDIT, INC., GIPHY, INC.,** : | **NOTICE OF APPEAL** |
| **WGCZ S.R.O. and DOES 1-10** : | **IN A CIVIL CASE** |
| : | |
| Defendants. : | |

Notice is hereby given that Plaintiff, Karen Hepp, in the above-captioned case hereby appeals to the United States Court of Appeals for the Third Circuit from the Orders dated and entered on June 5, 2020 and August 3, 2020, respectively, and Memoranda dated and entered on June 5, 2020 and August 3, 2020, respectively, granting Defendants Facebook, Inc., Imgur, Inc., Reddit, Inc. and WGCZ S.R.O.'s Motions to Dismiss Plaintiff's Amended Complaint.

Dated: August 21, 2020

Respectfully submitted,

**COHEN FINEMAN, LLC**
/s/Samuel B. Fineman
Samuel B. Fineman, Esq.

PA ID No. 75717
1999 Marlton Pike E., Suite 4
Cherry Hill, NJ 08003
Marlton, NJ 08053
(856) 304-0699 – tel.
(856) 489-5088 – fax
sfineman@cohenfineman.com
Counsel for Plaintiff, Karen Hepp

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appeal in a Civil Case was served on this 21st day of August, 2020, upon counsel of record via the Court's ECF filing system.

/s/Samuel B. Fineman
Samuel B. Fineman