**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KAREN HEPP<br><br>                    Plaintiff,<br><br>          v.<br><br>FACEBOOK, INC. *et al.*,<br><br>                    Defendants. | Case No. 2:19-cv-04034-JMY |

**JOINT NOTICE OF CROSS APPEAL**

Notice is hereby given that Defendants Imgur Inc. and Reddit, Inc. (collectively "Defendants") in the above-captioned case hereby cross appeal to the United States Court of Appeals for the Third Circuit from the Order dated and entered on June 5, 2020 and Memorandum dated and entered on June 5, 2020 granting Defendants' Motions to Dismiss Plaintiff's Amended Complaint on Federal Rule of Civil Procedure 12(b)(6) grounds and not addressing Defendants' respective Motions to Dismiss under Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction.

Respectfully submitted,

Dated:  September 4, 2020                    DURIE TANGRI LLP

By:                    */s/ Joseph C. Gratz*
          JOSEPH C. GRATZ
          jgratz@durietangri.com
          VERA RANIERI
          vranieri@durietangri.com
          ADITYA V. KAMDAR
          akamdar@durietangri.com
          217 Leidesdorff Street
          San Francisco, CA  94111

Telephone:    415-362-6666
Facsimile:    415-236-6300

*Attorneys for Defendant*
*Reddit, Inc.*

HANGLEY ARONCHICK SEGAL PUDLIN &
SCHILLER
Bonnie M. Hoffman
Attorney I.D. No. 201140
Thomas N. Brown
Attorney I.D. No. 321008
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone:    215-568-6200
bhoffman@hangley.com
tbrown@hangley.com

*Attorneys for Defendant*
*Reddit, Inc.*

Dated:  September 4, 2020             LAW OFFICE OF MICHAEL D. LIPUMA

By: _____*/s/ Michael D. LiPuma*_____
Michael LiPuma, Esq.
325 Chestnut Street, Suite 1109
Philadelphia, PA 19106
(215) 922-2126
mlipuma@lipumalaw.com

*Attorney for Defendant Imgur Inc.*

Robert L. Ellis, Esq.
HENNIS, ROTHSTEIN & ELLIS LLP
P.O. Box 211046
Columbus, OH 43221
rellis@hennisrothstein.com

*Of Counsel for Defendant Imgur Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 4, 2020 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Joseph C. Gratz*
JOSEPH C. GRATZ
