UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 20-2725 & 2885
_____

KAREN HEPP,
Appellant in 20-2725

v.

FACEBOOK; IMGUR INC; REDDIT INC; GIPHY INC, WGCZ S.R.O.

Imgur Inc.; Reddit Inc., Appellants in 20-2885
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2-19-cv-04034)
District Judge: Honorable John M. Younge
_____

Before: HARDIMAN, PHIPPS, and COWEN, *Circuit Judges*.

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on June 2, 2021. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the District Court entered June 5, 2020 be and the same is hereby REVERSED in part and VACATED in part; and the order of the District Court entered August 3, 2020 be and the same is hereby AFFIRMED in part and VACATED in part.

The June 5, 2020 order granting Imgur Inc. and Reddit Inc.'s motions to dismiss is VACATED and REMANDED with instructions to dismiss the action against Imgur and Reddit for lack of personal jurisdiction.

The June 5, 2020 order granting Facebook's motion to dismiss is REVERSED in part and VACATED in part.

The August 3, 2020 order granting WGCZ's motion to dismiss is AFFIRMED.

The August 3, 2020 order denying Hepp's cross-motion to add a count for successor liability is AFFIRMED.

The August 3, 2020 order denying Hepp's cross-motion to add a party, dismissing the claims against Doe Defendants, and dismissing the complaint in its entirety is VACATED.

The cause is REMANDED for further proceedings consistent with the Opinion of this Court.

All of the above in accordance with the Opinion of this Court.

Each party to bear their own costs.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: September 23, 2021

Certified as a true copy and issued in lieu of a formal mandate on November 26, 2021

Teste: *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**

2