## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KAREN HEPP**, | : | |
| | : | |
| *Plaintiff* | : | No. 19-cv-4034-JMY |
| | : | |
| v. | : | |
| | : | |
| **FACEBOOK, INC., ET AL.**, | : | |
| | : | |
| *Defendants* | : | |

# ORDER

AND NOW, this 6th day of December, 2021, upon consideration of the Judgment (ECF NO. 92) entered by the Third Circuit Court of Appeals on September 23, 2021 and docketed in this matter on November 26, 2021, it is hereby ORDERED and DECREED that a remote video status conference will be held before this Court on **Wednesday, December 22, 2021 at 2:00 p.m.**

Counsel have been notified by Chambers and those parties who wish to attend will receive instructions via email on how to participate remotely.


BY THE COURT:

  /s/ John Milton Younge
Judge John Milton Younge