UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KAREN HEPP**, | : | |
| | : | No.   19-cv-4034-JMY |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| **FACEBOOK, INC.**, | : | |
| | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 20th day of January, 2023, it is hereby **ORDERED** that the above-captioned matter shall be **REMOVED** from the court's arbitration program.

**BY THE COURT:**

/s/ *John Milton Younge*
_____
Judge John Milton Younge