IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KAREN HEPP,** | : | |
| | : | Case No. 19-CV-4034 (JMY) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **META PLATFORMS, INC. f/k/a FACEBOOK, INC.,** | : | |
| | : | |
| Defendant. | : | |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the voluntary dismissal with prejudice of all claims in this action. Each party shall bear its own costs and fees.

DATED: May 23, 2023                     DATED: May 23, 2023

*/s/Samuel B. Fineman*                  */s/Tywanda Harris Lord*
Samuel B. Fineman, Esq.                 Tywanda Harris Lord, Esq. *(admitted pro hac vice)*
COHEN FINEMAN, LLC                      KILPATRICK TOWNSEND & STOCKTON LLP
1999 Marlton Pike, E., Suite 4          1100 Peachtree Street, Suite 2800
Cherry Hill, NJ  08003                  Atlanta, GA 30309
sfineman@cohenfineman.com               tlord@kilpatricktownsend.com

Counsel for Plaintiff                   Dennis Wilson, Esq. *(admitted pro hac vice)*
                                        KILPATRICK TOWNSEND & STOCKTON LLP
                                        1801 Century Park East, Suite 2300
                                        Los Angeles, CA  90067
                                        dwilson@kilpatricktownsend.com


                                        Barry L. Cohen, Esq.
                                        ROYER COOPER COHEN BRAUNFELD LLC
                                        Two Logan Square
                                        100 North 18th Street, Suite 710
                                        Philadelphia, PA  19103
                                        bcohen@rccblaw.com

                                        Counsel for Defendant